```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30803
    MICHAEL G HORTON
    REBECCA M HORTON                            CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-9344    SSN XXX-XX-1739
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/05/05 and confirmed on 12/02/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 65342.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 12289.94 | .00 | 12289.94 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 8975.00 | 825.65 | 8975.00 |
| DELL FINANCIAL | SECURED | 500.00 | 34.70 | 500.00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 8450.00 | 777.36 | 8450.00 |
| CAPITAL ONE BANK | UNSECURED | 681.15 | .00 | 287.45 |
| CAPITAL ONE BANK | UNSECURED | 441.22 | .00 | 186.20 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 25692.87 | .00 | 10842.45 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 875.26 | .00 | 369.36 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE CO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE CO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | FILED LATE | .00 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 1765.34 | .00 | 744.98 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 1846.74 | .00 | 779.33 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 300.00 | .00 | 126.60 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CABLE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | 109.88 | .00 | 46.37 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 28117.48 | .00 | 11865.64 |

```
AMERICREDIT FINANCIAL      UNSECURED         508.40              .00         214.55
WELLS FARGO FINANCIAL AC   UNSECURED        4824.13              .00        2035.79
US DEPT OF EDUCATION       UNSECURED         103.17              .00          43.54
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  30214.94         .00      65265.64           .00      95480.58
PRINCIPAL PAID      30214.94         .00      27542.26           .00      57757.20
INTEREST PAID        1637.71         .00           .00           .00       1637.71
TOTAL PAID          31852.65         .00      27542.26           .00      59394.91
```

The Debtor's attorney, LEEDERS & ASSOC LTD         , was allowed $   2700.00
and was paid $   1200.00  direct and $   1500.00  through the plan.

The Trustee received $   2681.09 .

Refunds to the Debtor totaled $   1766.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 05 B 30803 MICHAEL G HORTON & REBECCA M HORTON